**CONTINUATION OF APPLICATION FOR SEARCH WARRANT**

I, Todd Wilton, being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent (SA) with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), assigned to HSI Sault Ste. Marie, Michigan, hereinafter referred to as HSI Sault Ste. Marie, and have been so employed since October of 2008. As part of my duties as an HSI SA, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251(a) and 2252A. I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256(8)) in many forms of media, including computer media. In connection with such investigations, I have served as case agent, have been the affiant of several search warrants and complaints, conducted interviews of defendants and witnesses, and have served as an undercover agent in online child exploitation cases. I have attended specialized courses involving child exploitation and covert online chatting. I have participated in numerous investigations involving human trafficking, child exploitation, online child enticement, and child pornography.

2. I make this affidavit in support of an application for a search warrant for information associated with the Discord Username/User ID: **lukeman987** (The "SUBJECT ACCOUNT") stored at premises, owned, maintained, controlled, or operated by Discord, Inc. ("Discord"), a social networking company headquartered in San Francisco, California. The information to be searched is described in the following paragraphs and in Attachment A. There is probable cause to believe that the SUBJECT ACCOUNT contains evidence of the crime of sexual exploitation of a minor (or attempt), in violation of 18 U.S.C. § 2251(a) (the SUBJECT OFFENSE).

3. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Discord to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B, related to Discord account for the SUBJECT ACCOUNT. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

4. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The information contained in this affidavit is based on information directly furnished to your affiant and information from other law enforcement, to include the Grand Traverse County Sheriff's Office.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 2251(a) (including the production, distribution, and possession of child pornography) have been committed by the user of the SUBJECT ACCOUNT. There is also probable cause to search the information described in Attachment A for evidence, contraband, and/or fruits of these crimes further described in Attachment B.

## JURISDICTION

6. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a District Court of the United States that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PERTINENT STATUTES

7. This investigation concerns violations of 18 U.S.C. §§ 2251 and 2252A.

a. Section 2251(a) prohibits, among other things, employing, using, persuading, inducing, enticing, or coercing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct.

b. Section 2252A(a)(2) prohibits knowingly receiving or distributing any child pornography that has been mailed, or using any means or facility or interstate commerce, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

c. Section 2252A(a)(5)(B) forbids, among other things, possessing child pornography that was transported using a means or facility of interstate or foreign commerce, including the interstate or foreign commerce by any means, including by computer.

8. The legal authority for this search warrant application is derived from Title 18, United States Code, chapter 121, §§ 2701-11, entitled "Stored Wire and Electronic Communications and Transactional Records Access." 18 U.S.C. § 2703(c)(A) allows for nationwide service of process of search warrants for the contents of electronic communications. Pursuant to 18 U.S.C. § 2703, as amended by the USA PATRIOT Act, Section 220, a government entity may require a provider of an electronic communication service or a remote computing service to disclose a record or other information pertaining to a subscriber or customer of such service pursuant to a warrant issued using procedures described in the Federal Rules of Criminal Procedure by a court with jurisdiction over the offense under investigation. 18 U.S.C. § 2510(12) defines "electronic communication" as "any transfer of signs, signals, writing, images, sounds, data, or intelligence of any nature transmitted in whole or in part by a wire, radio, electromagnetic, photo-electronic or photo optical system that affects interstate or foreign commerce," with certain exceptions not applicable here. 18 U.S.C. § 2510(17) defines "electronic storage" as "any temporary, intermediate storage of a

wire or electronic communication incidental to the electronic transmission thereof," and "any storage of such communication by an electronic communication service for purposes of backup protection of such communication."

**BACKGROUND ON DISCORD**

9. Based on my training and knowledge, and the experience of other law enforcement personnel involved in this investigation, I know the following:

a. Discord is a voice, video, media and text (chat) communication service/platform in which users can communicate in private chats, ranging from 1–10 users, or as part of a larger group/community called servers. Servers are also broken down into subcategories, or channels. Discord maintains these media, and text (chat) communications, whether they occurred on a server or in private chats. Discord asks each of their subscribers to provide certain identifying information when registering for an account. This information can include, but is not limited to a username, subscriber's full name, date of birth, physical address, telephone numbers, other identifiers, and/or e-mail addresses (which Discord can indicate if this email address has been verified or not). Information provided to and maintained by Discord by paying subscribers can include a means and source of payment (creditor bank account number).

b. Discord assigns a unique 18 or 19-digit User ID after an account is created. Discord and other providers of similar services retain certain transactional information about the creation and use of each account on their systems. This information can include, but is not limited to: the date and time at which the account was created, the length of service, records of log-in (i.e., session) times and durations, friends list, the status of the account (including whether the account is inactive or closed),

the methods used to connect to the account, and other log files that reflect usage of the account.

c. Discord also has records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the account. In some cases, account users will communicate directly with a provider, in this case, Discord, about issues relating to their account, such as technical problems, billing inquiries, and/or complaints from other users. Providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

d. Information related to the SUBJECT ACCOUNT is stored at premises owned, maintained, controlled, or operated by Discord, headquartered at 444 De Haro St., Suite 200, San Francisco, CA 94107.

## PROBABLE CAUSE

10. On November 14, 2025, the Grand Traverse County Sheriff's Office (GTCSO), Traverse City, Michigan received a complaint concerning a pregnant 13-year-old minor victim (hereinafter referred to as MV-1) in Traverse City, Michigan. MV-1's father voluntarily relinquished MV-1's cellular telephone to the GTCSO and provided written consent for forensic analysis. As described below, investigators reviewed the phone contents and found explicit pictures of MV-1 and LUCAS JOHN POBUTKIWIECZ.

11. Investigators found messages with POBUTKIWIECZ, using the SUBJECT ACCOUNT, on MV-1's cell phone on the Discord application.

**Videos and Images from MV-1's Telephone**

12. The GTCSO conducted a forensic analysis of MV-1's cellular telephone, which is a Samsung S911U. It was manufactured outside of the State of Michigan.

13. Investigators discovered pictures and videos of MV-1 with an adult male on the phone. Investigators identified the man as LUCAS JOHN POBUTKIWIECZ.

a. During a forensic interview, MV-1 referred to the male as "Lucas."

b. During a forensic interview, MV-1 indicated that she and "Lucas" stayed at the Parkshore Resort Hotel in Traverse City, Michigan. Investigators made contact with the Parkshore Hotel and found a reservation for LUCAS POBUTKIWIECZ for room #327 on the night of October 24, 2025.

c. Investigators obtained a New York DMV photo for POBUTKIWIECZ and confirmed that he is the adult pictured in the pictures and videos with MV-1.

14. Investigators discovered the following relevant images and videos of MV-1 and POBUTKIWIECZ on MV-1's cellular telephone:

a. This image is titled "Snapchat-1200066605.jpg" and was produced on October 24, 2025. This image depicts POBUTKIEWICZ1 and MV-1 from the areas of their stomachs upward and facing the camera. MV-1 and the male appear nude, and she is leaning against him. POBUTKIEWICZ's left hand is placed upon MV-1's right breast. The image depicts POBUTKIEWICZ with a beard and tattoos on his chest and left arm.

b. This video is titled "20251025_104832.mp4" and is 37 seconds in length. This video was produced on October 25, 2025. This video depicts MV-1 from behind

wearing only a pink and black leopard print tank-top style shirt. MV-1 is leaning on her left elbow, right hand and her knees backwards upon a gray colored chair thus exposing her buttocks and anus. An adult Caucasian male is depicted from his stomach downward wearing a gray colored long sleeved shirt pulled upward above his stomach and what appears to be pants and underwear pulled downward around his ankles thus exposing his erect penis is standing behind MV-1 and engaging her in vaginal intercourse. During the video, the male pulls MV-1's head backwards via her hair with his left hand and simultaneously exposes her face to the camera. The adult male appears to have produced this video. Based on the context and other pictures/videos from this time, I believe that the man is POBUTKIWIECZ.

c. This image is titled "Screenshot_20251101_204235_Snapchat.jpg" and was produced on November 2, 2025. This image depicts POBUTKIEWICZ from his chest upward and facing the camera. POBUTKIEWICZ is wearing a black long-sleeved shirt.

d. This image is titled "Screenshot_20251109_082951_ChatGPT.jpg" and was produced on November 9, 2025. This image depicts two pink and white colored pregnancy tests that indicate positive responses.

15. Investigators visited room #327 at the Parkshore Hotel and determined that the furniture appears the same as the furniture depicted in the background of the image titled "Snapchat-1200066605.jpg."

16. On January 7, 2026, MV-1's mother reported that POBUTKIEWICZ continued to communicate with MV-1 via a replacement cellular telephone and their laptop computer. On January 8, 2026, MV-1's mother voluntarily relinquished these devices to the GTCSO and provided written consent for forensic analysis.

**Discord Communications**

17. Investigators extracted MV-1's replacement phone and found continued communication between POBUTKIEWICZ and MV-1 on Discord. These communications are electronic messages between MV-1's account and **lukeman987 ("**the SUBJECT ACCOUNT").

18. A sampling of the communications from January 5, 2026 – January 6, 2026 is as follows:

a. SUBJECT ACCOUNT – "How did you get horny," "Thinking about getting fucked?" and "Like a good little slut?"

b. MV-1 - "Yea by you"

c. SUBJECT ACCOUNT - "Was asking if you was still horny," "Or doing stuff" and "You should've looked at your cameraaa"

d. MV-1 - "I thought you were gonna look" and "Are you mad"

e. SUBJECT ACCOUNT - "More just upset I wanted to do stuff with you," "I want to punish you now," "Make you naught," "Yes I wanna slut you out," "Catch you being a naughty slut now," and "Will you"

f. MV-1 - "I thought you wanted to do stuff just me and you"

g. SUBJECT ACCOUNT - "Maybe after you finish being naughty just don't cum again and I'll finish you off and make you cum"

**Arrest**

19. On February 12, 2025, I travelled to New York and was part of the team that arrested POBUTKIEWICZ on an arrest warrant signed by Magistrate Judge Sally Berens. POBUTKIEWICZ spoke to myself and another agent, after waiving his Miranda rights. He said the following:

a. POBUTKIEWICZ confirmed that he is the owner of the SUBJECT ACCOUNT.

b. POBUTKIEWICZ confirmed he travelled from New York to Michigan to meet MV-1;

c. POBUTKIEWICZ met with MV-1 and picked her up outside of her school (middle school);

d. POBUTKIEWICZ took MV-1 to the hotel and there he engaged her in sexual intercourse, once on October 24 and once on October 25;

e. POBUTKIEWICZ and MV-1 both recorded the sexual contact on their cellular telephones;

f. POBUTKIEWICZ dropped MV-1 off at a mall and drove back to New York; and

g. POBUTKIEWICZ admitted that he had had sexual contact with other minors.

## CHARACTERISTICS OF CHILD PORNOGRAPHERS

20. From my own observation and experience, as well as conversation with other experienced investigators, I have learned the following regarding child pornography offenders.

21. The majority of individuals who collect child pornography are persons who have a sexual attraction to children. They receive sexual gratification and satisfaction from sexual fantasies fueled by depictions of children that are sexual in nature.

22. The majority of individuals who collect child pornography collect sexually explicit materials, which may consist of photographs, magazines, motion pictures, video tapes, books, slides, computer graphics or digital or other images for their own sexual gratification. The majority of these individuals also collect child erotica, which may consist of images or texts that do not rise to the level of child pornography, but which nonetheless fuel their deviant sexual fantasies involving children. In this case, it is likely the SUBJECT ACCOUNT will contain additional child pornography and sexually explicit materials.

23. The majority of individuals who collect child pornography often seek out like-minded individuals, either in person or on the Internet, to share information and trade depictions of child pornography and child erotica as a means of gaining status, trust, acceptance and support. This contact also helps these individuals to rationalize and validate their deviant sexual interest and associated behavior. The different Internet-based mediums used by such individuals to communicate with each other include, but are not limited to, P2P, e-mail, e-mail groups, bulletin boards, IRC, newsgroups, instant messaging, and other similar vehicles. Frequently, multiple mediums will be used.

24. The majority of individuals who collect child pornography often collect, read, copy or maintain names, addresses (including e-mail addresses), telephone numbers, or lists of persons who have advertised or otherwise made known in publications and on the Internet that they have similar sexual interests. These contacts are maintained as a means of personal referral, exchange, or commercial profit. This is particularly true where, as here, the individuals are in contact with other like-minded offenders. In this case, it is likely the SUBJECT ACCOUNT will contain additional evidence of these contacts, including identifiers for the individuals or groups with whom the SUBJECT ACCOUNTS were involved.

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

25. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), by using the warrant to require Discord to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

26. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that on the computer systems in control of Discord exists evidence of a crime, contraband and/or fruits of a crime. Based on the aforementioned information, I respectfully submit that there is probable cause to believe that the Discord account described in Attachment A will contain evidence of a crime, specifically but not limited to, identification of the person who possessed and/or distributed files of child pornography through the Discord account discussed above. Accordingly, a search warrant is requested.

27. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. Because the warrant will be served on Discord, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.